UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: 8/27/14                                                                                     Judge: James Donato

Time: 32 Minutes

Case No.        **C-14-01916-JD**
Case Name       **Velline v. JPMorgan Chase Bank, N.A.**

Attorney(s) for Plaintiff(s):     Kristin A Kemnitzer/Arthur David Levy
Attorney(s) for Defendant(s):     Molly Moriarty Lane/Jeremy Noah Lateiner

Deputy Clerk: Lisa Clark                                         Court Reporter: Candace Yount

## PROCEEDINGS

Motion to Dismiss - Held
Case Management Conference - Held

## RESULT OF HEARING

The Court hears argument on the motion to dismiss.
The Court and parties discuss a case pending before the Ninth Circuit, *Kuns v. Ocwen Loan Servicing, LLC*, No. 13-55562. The parties agree that the issues presented by the *Kuns* case overlap with those here, and that this case should be stayed pending resolution of that case.
The Court stays the case pending the Ninth Circuit's decision in *Kuns*.
The Court will rule on the motion to dismiss after the *Kuns* decision is issued.
The parties are to submit status reports every 90 days updating the Court on the status of *Kuns*.
All aspects of this case -- including initial disclosures and any discovery proceedings -- are stayed.