UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA VELLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 14-cv-01916-JD<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 18 |

The Court previously stayed this case pending the Ninth Circuit Court of Appeals' resolution of *Kuns v. Ocwen Loan Servicing, LLC*, Case No. 13-55562. Dkt. No. 34. The parties have reported that oral argument in the *Kuns* case is scheduled to take place on April 10, 2015. Dkt. No. 36.

The Court denies without prejudice the pending motion to dismiss in this case. Dkt. No. 18. Defendant may renew the motion after the Ninth Circuit has issued its decision in *Kuns*.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
JAMES DONATO
United States District Judge